| | |
|---|---|
| 1 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| | DAN BAXTER (SBN 203862) |
| 2 | dbaxter@wilkefleury.com |
| | 400 Capitol Mall, Twenty-Second Floor |
| 3 | Sacramento, California 95814 |
| 4 | Telephone:   (916) 441-2430 |
| | Facsimile:   (916) 442-6664 |
| 5 | |
| | Attorneys for Defendant |
| 6 | FPI MANAGEMENT, INC. |

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JESSICA HAGERTY, | Case No. 2:19-CV-00740-KJM-DB |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| REAL PAGE UTILITY MANAGEMENT, VINEYARD GATE APARTMENT COMPLEX, FPI MANAGEMENT, | Complaint Filed: March 20, 2019 |
| | Case Removed: April 29, 2019 |
| Defendants. | Trial Date: Not Yet Set |

### RECITALS

In the captioned matter, Plaintiff JESSICA HAGERTY ("Plaintiff") and Defendant FPI MANAGEMENT, INC. ("FPI") are engaged in discussions regarding possible resolution of the matter as between Plaintiff and FPI. In the hopes of furthering those discussions without the need to submit imminent court filings, Plaintiff and FPI wish to secure an extension of time for FPI to respond to Plaintiff's Complaint.

### STIPULATION

Pursuant to Local Rule 143, the parties, by and through their duly-authorized attorneys, HEREBY STIPULATE AND AGREE that FPI shall have an additional forty-five (45) days in which to respond to Plaintiff's Complaint. Following the April 29, 2019 removal of this action to this Court, the agreed-upon deadline for FPI's response was May 17, 2019; pursuant to the instant

stipulation, the new deadline for FPI to file and serve its response to Plaintiff's Complaint shall be *July 1, 2019*, inclusive.

SO STIPULATED.

DATED: June 17, 2019  LAW OFFICE OF JEFFREY D. FULTON


By: _____/s/ Jeffrey D. Fulton_____
JEFFREY D. FULTON
Attorneys for Plaintiff
JESSICA HAGERTY

DATED: June 17, 2019  WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP


By: _____/s/ Dan Baxter_____
DAN BAXTER
Attorneys for Defendant
FPI MANAGEMENT, INC.

**ORDER**

IT IS SO ORDERED.

DATED: June 17, 2019.

_____
UNITED STATES DISTRICT JUDGE