1  LAW OFFICE OF JEFFREY D. FULTON
   Jeffrey D. Fulton (Bar No. 206466)
2  2150 River Plaza Drive, Suite 260
   Sacramento, California 95833
3  Telephone: (916) 993-4900
   Facsimile: (916) 441-5575
4  E-Mail: JFulton@JFultonLaw.com

5  BRELSFORD ANDROVICH & WHITE
   R. Parker White (Bar No. 95579)
6  William L. Brelsford, Jr. (Bar No. 202839)
   1001 G Street, Suite 301
7  Sacramento, California 95814
   Telephone: (916) 449-1300
8  Facsimile: (916) 449-1320
   E-Mail: WBrelsford@pwb-attorneys.com

   Attorneys for Plaintiff
10 JESSICA HAGERTY

11 *[Additional counsel listed on next page]*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JESSICA HAGERTY<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PAGE UTILITY MANAGEMENT, VINEYARD GATE APARTMENT COMPLEX, FPI MANAGEMENT,<br><br>　　　　Defendants. | **CASE NO: 2:19-CV-00740-KJM-DB**<br><br>**JOINT STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION**<br><br>*[ASSIGNED TO JUDGE KIMBERLY J. MUELLER, COURTROOM 3, FOR ALL MATTERS EXCEPT DISCOVERY]*<br><br>Complaint Filed:　March 20, 2019<br>Case Removed:　April 30, 2019<br>Trial Date:　　　Not Yet Set |

| | |
|---|---|
| 1 | FOLEY & LARDNER LLP |
| 2 | Jaikaran Singh (Bar No. 201355) |
|   | 3579 Valley Centre Drive, Suite 300 |
| 3 | San Diego, CA 91230 |
|   | Telephone: (858) 847-6700 |
| 4 | Facsimile: (858) 792-6773 |
|   | Email: |
| 5 | jsingh@foley.com |
|   | vgoldsmith@foley.com |
| 6 | |
| 7 | Attorneys for Defendants: |
|   | REAL PAGE UTILITY MANAGEMENT, INC. & VINEYARD GATE, LLC. |
| 8 | |
|   | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| 9 | Dan Baxter (Bar No. 203862) |
|   | Bianca S. Samuel (Bar No. 278231) |
| 10 | 400 Capitol Mall, Twenty-Second Floor |
|   | Sacramento, CA 95814 |
| 11 | Ph: (916) 441-2430 |
| 12 | Fx: (916) 442-6664 |
|   | Email: |
| 13 | gguthrie@wilkefleury.com |
|   | dbaxter@wilkefleurey.com |
| 14 | bsamuel@wilkefleury.com |
| 15 | |
|   | Attorneys for Defendant: |
| 16 | FPI MANAGEMENT, INC. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, Jessica Hagerty ("Plaintiff") and Defendants RealPage Utility Management ("RUM"), Vineyard Gate, LLC, erroneously sued as Vineyard Gate Apartment Complex ("Vineyard"), and FPI Management ("FPI") (collectively "the Parties"), by and through their respective counsel of record, hereby STIPULATE that good cause exists to respectfully request that the Court amend the Parties' briefing schedule and continue the deadlines pertaining to Plaintiff's Motion for Class Certification under Rule 23 of the Federal Rules of Civil Procedure for the following reasons:

WHEREAS, Plaintiff's lawsuit was filed on March 20, 2019.

WHEREAS, Defendant timely RUM removed the case to this Court on April 30, 2019.

WHEREAS, Defendants RUM and FPI filed their respective Motions to Dismiss pursuant to Rule 12(b)(6) of Federal Rules of Civil Procedure, which were heard on August 9, 2019.

WHEREAS, the Court also conducted its scheduling conference on August 9, 2019.

WHEREAS, on August 12, 2019, the Court issued its scheduling order setting a briefing schedule for Plaintiff's Motion for Class Certification as follows: Plaintiff to file her motion on or before February 28, 2020; Oppositions to be filed on or before April 30, 2020; and Reply briefs to be filed on or before June 1, 2020. The hearing on Plaintiff's motion is set for June 26, 2020, at 10:00 a.m.

WHEREAS, the Parties completed Initial Disclosures as ordered by the Court.

WHEREAS, the Parties have engaged in written discovery and depositions have commenced.

WHEREAS, a key deposition noticed by Plaintiff just recently completed on February 12, 2020, due to calendaring issues and witness availability.

WHEREAS, the deposition of Plaintiff was rescheduled to and commenced on February 6, 2020, due to calendaring issues of counsel. Plaintiff's deposition has not yet been completed and the Parties are working to identify a date in the next few weeks to complete her deposition.

WHEREAS, the Parties are still awaiting rulings on the pending Motions to Dismiss.

WHEREAS, this is the Parties' first request for an order revising the class certification hearing date and briefing schedule, which the Parties worked diligently to avoid making until a time when it was clear that they would require additional time to complete class certification discovery and adequately prepare their respective briefing;

WHEREAS, the Parties do not anticipate the need for additional time beyond this request.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties, subject to Court approval, that the hearing on Plaintiff's motion for class certification shall be set for July 24, 2020, at 10:00 a.m., or for such other later date that this Court finds just and proper.

IT IS FURTHER STIPULATED AND AGREED, subject to Court approval, that Plaintiff shall have up to and including March 30, 2020, to file and serve her motion for class certification; Defendants shall have up to and including May 29, 2020, to file and serve their respective oppositions to Plaintiff's motion for class certification; and Plaintiff shall have up to and including June 30, 2020, to file and serve her reply in support of class certification.

DATE: February 14, 2020                LAW OFFICE OF JEFFREY D. FULTON


By:/s/ Jeffrey D. Fulton _____
    JEFFREY D. FULTON
    Attorneys for Plaintiff
    JESSICA HAGERTY


DATE: February 14, 2020                FOLEY & LARDNER LLP


By: /s/ Jaikaran Singh _____
    JAIKARAN SINGH
    Attorneys for Defendant
    REAL PAGE UTILITY MANAGEMENT, INC.,
    & VINEYARD GATE, LLC

| | | |
|---|---|---|
| 1 | DATED: February 14, 2020 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| 2 | | |
| 3 | | By: /s/ Dan Baxter |
| 4 | | DAN BAXTER<br>Attorneys for Defendant |
| 5 | | FPI MANAGEMENT, INC. |

**ORDER**

IT IS ORDERED that the hearing on Plaintiff's motion for class certification is set for July 24, 2020, at 10:00 a.m.

IT IS FURTHER ORDERED that Plaintiff shall file and serve her motion for class certification on or before March 30, 2020; Defendants shall file and serve their oppositions on or before May 29, 2020; and Plaintiff shall file and serve her reply in support of class certification on or before June 30, 2020.

**IT IS SO ORDERED.**

DATED: February 26, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE