1 LAW OFFICE OF JEFFREY D. FULTON
Jeffrey D. Fulton (Bar No. 206466)
2 2150 River Plaza Drive, Suite 260
Sacramento, California 95833
3 Telephone: (916) 993-4900
Facsimile: (91 6) 441-5575
4 E-Mail: JFulton@JFultonLaw.com

5 POSWALL, WHITE & BRELSFORD
R. Parker White (Bar No. 95579)
6 William L. Brelsford, Jr. (Bar No. 202839)
1001 G Street, Suite 301
7 Sacramento, California 95814
Telephone: (916) 449-1300
8 Facsimile: (916) 449-1320
E-Mail: WBrelsford@pwb-attomeys.com
9
Attorneys for Plaintiff JESSICA HAGERTY
10

11                    **UNITED STATES DISTRICT COURT**

12                    **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13 JESSICA HAGERTY, | CASE NO: 2:19-CV-00740-KJM-DB |
| 14 PLAINTIFF, | STIPULATION OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL AND CLASS |
| 15 V. | CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER |
| 16 REAL PAGE UTILITY MANAGEMENT, VINEYARD GATE APARTMENT COMPLEX, | |
| 17 FPI MANAGEMENT, | Judge:     Hon. Kimberly J. Mueller |
| 18 DEFENDANTS. | Complaint Filed:          March 20, 2019 |
| 19 | Notice of Removal Filed:   April 29, 2019 |

20      Subject to Court approval, Plaintiff Jessica Hagerty ("Plaintiff") and Defendants RealPage Utility

21 Management, Inc. and Vineyard Gate Apartments, LLC, erroneously sued as Vineyard Gate Apartment

22 Complex, ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record,

23 hereby stipulate as follows:

24      1.      The individual claims of Plaintiff against Defendants, and each of them, shall be

25 dismissed in their entirety with prejudice pursuant to Fed. R. Civ. P. Rules 41(a)(1) and (2).

26      2.      The class claims of Plaintiff against Defendants, and each of them, shall be dismissed in

27 their entirety with prejudice pursuant to Fed. R. Civ. P. Rules 41(a)(1) and (2).  No class has been

28 certified in this case, and no notice was sent to putative class members.

3. Except as otherwise agreed upon, each Party shall bear her or its own costs and attorneys' fees.

4. Plaintiff and Defendants hereby jointly stipulate and request, in consideration of a negotiated settlement executed by them, to dismiss with prejudice the above-captioned action.

**IT IS SO STIPULATED.**

DATE: APRIL 30, 2020                    **FOLEY & LARDNER LLP**

By: /s/  Jaikaran Singh (as authorized on 4/30/20)
    Jaikaran Singh
    Attorneys for Defendant
    REALPAGE UTILITY MANAGEMENT, INC.;
    and VINEYARD GATE, LLC erroneously sued as
    Vineyard Gate Apartment Complex

DATE: APRIL 30, 2020                    **LAW OFFICE OF JEFFREY D. FULTON**

By: /s/  Jeffrey D. Fulton
    Jeffrey D. Fulton
    Attorneys for Plaintiff
    JESSICA HAGERTY

**ORDER**

Pursuant to the Parties' stipulation and good cause shown, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:_____          _____
                                       HON. KIMBERLY J. MUELLER
                                       UNITED STATES DISTRICT JUDGE

2    STIP OF DISMISSAL AND [PROPOSED] ORDER